IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

CONTROL SOLUTIONS, INC.,

        Plaintiff,                No. 3:15-cv-00748-PK

    v.

MICRODAQ.COM, INC., and
DOES 1-10,                        ORDER

        Defendants.

HERNÁNDEZ, District Judge:

      Magistrate Judge Papak issued a Findings and Recommendation [27] on July 30, 2015, in which he recommends that this Court grant Defendants' Motion to Dismiss [17] Plaintiff's complaint for lack of personal jurisdiction. The matter is now before me pursuant to 28 U.S.C. § 636(b)(1)(B) and Federal Rule of Civil Procedure 72(b).

      Because no objections to the Magistrate Judge's Findings and Recommendation were timely filed, I am relieved of my obligation to review the record *de novo*. United States v. Reyna-Tapia, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc); see also United States v. Bernhardt, 840 F.2d 1441, 1444 (9th Cir. 1988) (*de novo* review required only for portions of Magistrate

1 – ORDER

Judge's report to which objections have been made).  Having reviewed the legal principles *de novo*, I find no error.

## CONCLUSION

The Court ADOPTS Magistrate Judge Papak's Findings & Recommendation [27], and therefore, Defendant's Motion to Dismiss [17] Plaintiff's complaint is granted.

IT IS SO ORDERED.

DATED this \_\_\_\_\_26\_\_\_\_\_ day of \_\_\_\_\_August\_\_\_\_\_, 2015.

_____
MARCO A. HERNÁNDEZ
United States District Judge

2 – ORDER